# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

MEGAL S. COLE,               )
                                    )
             Plaintiff,     )
                                    )
             v.            )     No. 4:05CV1388(MLM)
                                    )
JUDGE LARRY KENDRICK, and   )
DANIEL SAYLE,             )
                                    )
            Defendants.    )

## ORDER OF DISMISSAL
### PURSUANT TO
### 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 13th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE